**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

H ENTERPRISES INTERNATIONAL, INC,
Plaintiff,

v.

Civil No. 99-259 (DWF/AJB)

MANHATTAN TOY COMPANY, LTD., ET AL.,
Defendants.

**ORDER FOR REASSIGNMENT OF RELATED CASES**

---

JELLYCAT TOY COMPANY, LTD.,
Plaintiff,

v.

Civil No. 00-775 (DSD/JMM)

H ENTERPRISES INTERNATIONAL, INC., ET AL.,
Defendants.

Case No. 99-259 having been assigned to Judge Donovan W. Frank and Case No. 00-775 having later been assigned to Judge David S. Doty, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 00-775 be assigned to Judge Donovan W. Frank, nunc pro tunc, by use of a card on the Patent List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated May 28, 1998.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: April 6, 2000

DONOVAN W. FRANK
Judge of United States District Court

Dated: April 6, 2000

DAVID S. DOTY
Judge of United States District Court

FILED APR 07 2000
FRANCIS E. [illegible]
JUDGMENT [illegible]
DEPUTY CLERK

Case reassigned to Judge Donovan W. Frank
and
Magistrate Judge Arthur J. Boylan

NEW CASE NUMBER 00-775 DWF/AJB

Use this case number for all further filings.