UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JELLYCAT TOY COMPANY LTD., f/k/a THE MANHATTAN TOY COMPANY, LTD.,

Plaintiff,

v.

H ENTERPRISES INTERNATIONAL, INC. and MANHATTAN GROUP, L.L.C., (a wholly-owned subsidiary of H Enterprises, International, Inc.),

Defendants.

Civil Action No. 00-775 (DWF/AJB)

## ~~PROPOSED~~ ORDER

The Court has considered the parties' stipulated motion for an extension of discovery. The motion is granted and the parties shall complete discovery according to the following amended schedule:

1. Fact discovery shall be completed by June 1, 2001.

2. No more than 30 interrogatories [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by any party.

3. No more than 10 depositions—excluding expert witness depositions—shall be taken by any party. Each party shall take no more than three expert depositions.

4. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

NOV 15 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(a) By the party bearing the burden of proof as to a particular issue, on or before May 15, 2001.

(b) By the responding party, on or before June 15, 2001.

(c) Rebuttal experts shall be identified and reports shall be disclosed on or before July 10, 2001.

5. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by July 2, 2001.

6. All dispositive motions shall be served upon opposing parties by August 15, 2001. Opposition memorandums and supporting documents shall be served by September 10, 2001. Reply briefs shall be served and motions filed by September 17, 2001.

7. The case shall be ready for jury trial on January 14, 2002

Dated: 11/15/00

Magistrate Judge Arthur J. Boylan