**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

JELLYCAT TOY COMPANY LTD.,
f/k/a Manhattan Toy Company, Ltd.,

Plaintiff,

v.

H ENTERPRISES INTERNATIONAL, INC.
and MANHATTAN GROUP, L.L.C., a
wholly-owned subsidiary of H Enterprises
International, Inc.,

Defendants.

Civil No. 00-775 (DWF/AJB)

**ORDER**

---

David K. Tellekson, Esq., and Matthew J. Goggin, Esq., Merchant & Gould, 80 South Eighth Street, Suite 3200, Minneapolis, MN 55402, counsel for Plaintiff.

Edward J. Pluimer, Esq., Mark R. Kaster, Esq., and Sarah M. Thier, Esq., Dorsey & Whitney, Pillsbury Center South, 220 South Sixth Street, Minneapolis, MN 55402, counsel for Defendants.

---

Pursuant to the stipulation of the parties, and upon all of the files, records, and proceedings herein, the Court hereby orders as follows:

1. That the Trident J3 Designs (as depicted in Exhibit F attached hereto), Trident S Designs (as depicted in Exhibits A-C attached hereto), and the non-facial features of the Trident J2 Designs (as depicted in Exhibit E attached hereto), are not derived from the dolls shown in United States Copyright No. VA 935-311 ("Copyrighted Designs") or from the drawings created by Amanda Leslie and assigned to Manhattan Toy Company, Ltd. in the Assignment between Amanda

FILED APR 0 3 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

Leslie and Manhattan Toy Company, Ltd. made the 26th day of January 1999 (the "Amanda Leslie Drawings").

2. That Jellycat Toy Company Ltd. and its parents, successors, affiliates, and assigns shall not hereinafter assert any claims that the Trident J3 Designs, Trident S Designs, and the non-facial features of the Trident J2 Designs are derived or based upon the Copyrighted Designs of Amanda Leslie Drawings.

3. That the United States District Court for the District of Minnesota shall retain jurisdiction to enforce said order.

Dated: April 3, 2001

DONOVAN W. FRANK
Judge of United States District Court

[redacted]



Exhibit B

Exhibit C



# Exhibit F