**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

JELLYCAT TOY COMPANY LTD.,
f/k/a Manhattan Toy Company, Ltd.,

Plaintiff,

v.

H ENTERPRISES INTERNATIONAL, INC. and MANHATTAN GROUP, L.L.C., a wholly-owned subsidiary of H Enterprises International, Inc.,

Defendants.

Civil No. 00-775 (DWF/AJB)

**ORDER**

---

David K. Tellekson, Esq., and Matthew J. Goggin, Esq., Merchant & Gould, 80 South Eighth Street, Suite 3200, Minneapolis, MN 55402, counsel for Plaintiff.

Edward J. Pluimer, Esq., Mark R. Kaster, Esq., and Sarah M. Thier, Esq., Dorsey & Whitney, Pillsbury Center South, 220 South Sixth Street, Minneapolis, MN 55402, counsel for Defendants.

---

The Court, pursuant to the Stipulation of the ~~parties~~, hereby orders that this case, including all claims and counterclaims, is **DISMISSED WITH PREJUDICE**.

Dated: April 3, 2001

DONOVAN W. FRANK
Judge of United States District Court

FILED APR 0 3 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JELLYCAT TOY COMPANY LTD., f/k/a THE MANHATTAN TOY COMPANY, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>H ENTERPRISES INTERNATIONAL, INC. and MANHATTAN GROUP, L.L.C., (a wholly-owned subsidiary of H Enterprises, International, Inc.),<br><br>Defendants. | Civil Action No. 00-775 (DWF/AJB) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties hereto, Plaintiff Jellycat and Defendant H Enterprises International, Inc., hereby stipulate to entry of an Order of the Court dismissing this case with prejudice, including all claims and counterclaims.

H ENTERPRISES INTERNATIONAL, INC.

By its attorneys,

Date: 3/30/01

Edward J. Pluimer (#87208)
Craig D. Diviney (#23103)
Roberto Anguizola (#0301115)
Theresa Hankes (#294494)
DORSEY & WHITNEY LLP
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-8800

FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

JELLYCAT TOY COMPANY LTD.,

By its attorneys,

Date: Mar 29, 2001

Matthew Goggin

David K. Tellekson, Reg. No. 173836
Matthew J. Goggin, Reg. No. 210705
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone No. 612.332.5300
Facsimile No. 612.332.9081