UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

[redacted]
99-cv-259

| | | |
|---|---|---|
| Jellycat Toy Company, Ltd. | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| H. Enterprises International, Inc., et al. | ) | |

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: April 3d, 2001

JAMES M. ROSENBAUM
United States District Judge

FILED APR - 4 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______